# United States Bankruptcy Court
## Northern District of Georgia

# Request for Change of Address

Case Name: __Paul David Green__

Case No.: _14-22333-JRS_       Judge: _Sacca_       Chapter: _13_

**Change of Address for:**
  Debtor ___   Creditor _✔_   Attorney for Debtor ___   Attorney for Creditor ___

**Change for:**
  Notices ONLY ___   Payments ONLY ___   Notices and Payments _✔_

EFFECTIVE DATE OF CHANGE:     _October 16, 2014_

Name:                          _F Benny Erwin DDS_
                               _c/o Capital Accounts_
                               (Please Print)
Prior Address:                 _1207 Sherwood Park Drive NE_
                               _Gainesville, GA 30501_

*********************************************************************

New Address:                   _P.O. Box 140065_
                               _Nashville, TN 37214_

Change of Address Was Furnished By:   Debtor ___   Creditor ___   Attorney _✔_

Date: **10/16/2014**       Signature of Filer: _/s/ Carson Walden_
                           Telephone Number: _404-884-8315_

Attorney Name:                 _Carson Walden_
                               (Please Print)
Bar ID:                        _942889_
Address:                       _315 W. Ponce de Leon Avenue, Suite 757_
                               _Decatur, GA 30030_

Revised August 2012

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | { | CHAPTER 13 |
| | { | |
| Paul David Green, | { | CASE NO. 14-22333-JRS |
| | { | |
| DEBTOR. | { | |

### CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within documents upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Debtor**
Paul David Green
1653 Pat Colwell Road
Blairsville, GA 30512

**Respondent**
F Benny Erwin DDS
c/o Capital Accounts
P.O. Box 140065
Nashville, TN 37214

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: October 16, 2014

/s/ Carson Walden
Carson Walden
Attorney for the Debtor
GA Bar No.: 942889
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue
Suite 757
Decatur, GA 30030
404.884.8315
cwalden@wghnlaw.com