**IT IS ORDERED as set forth below:**



Date: December 23, 2014

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| IN RE:  PAUL DAVID GREEN, | ) | **CHAPTER 13 CASE** |
| Debtor, | ) | **NO.  14-22333-jrs** |
| | | |
| **LIBERTY BAPTIST CHURCH,** | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| **PAUL DAVID GREEN,** | ) | |
| and | ) | |
| **NANCY J. WHALEY, Chapter 13 Trustee,** | ) | |
| Debtor, Respondents. | ) | |

**ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The Motion of Liberty Baptist Church ("Movant" or "Church") for Relief from the Automatic Stay (hereinafter "Motion") having come before the Court on December 17, 2014, upon properly served notice to Debtor, the Debtor's attorney, and the Chapter 13 Trustee, and called for hearing at said time, at which time the Court heard argument from counsel for Movant and Debtor, and heard a report from counsel for the Chapter 13 Trustee,

It is ORDERED AND ADJUDGED that the Motion is denied, but the continuation of the stay is conditioned upon the following:

(1) The Debtor shall make regular, direct monthly payments of $500 to Church on or before the 30th day of each calendar month, beginning Jan. 30, 2015;

(2). The Debtor shall file an Amendment or a Modified Plan on or before January 14, 2015, which provides for payment of any arrearage on Movant's claim through the proposed Chapter 13 Plan and the office of the Chapter 13 Trustee, and further provides that all further payments be paid directly to Church;

(3) The Chapter 13 Trustee shall, on or prior to December 30, 2014, disburse the sum of $1,500 to Church, by delivery of same to counsel for Movant, for credit against the post-petition arrearage, based upon the availability of funds and subject to the Trustee's fee;

(4) The confirmation hearing shall be reset until 10:00 a.m., on January 28, 2015.

Nothing herein is intended to nor shall be interpreted to modify or affect the rights of Movant, Chapter 13 Trustee, or other creditors or parties in interest from objecting to the terms of any proposed Plan, nor does entry hereof presuppose or suggest the Court's future ruling on any confirmation issues that may arise at the confirmation hearing. The terms hereof are terms upon which the Motion for Relief is being conditionally denied, and upon failure of any such terms Movant may request a reset of the Motion for Relief from the Automatic Stay.

[End of Document]

Prepared by:

*[signature]*

Joseph D. Cooley, III
Georgia State Bar No. 184910
Hulsey, Oliver & Mahar, LLP
200 E. E. Butler Parkway
Gainesville, GA 30503
770 532-6312


Approved as to form:

*[signature: Carson R. Walden by John D. Cooley w/ given permission]*

Carson R. Walden
Georgia State Bar No. 942889
Attorney for Debtor
Walden, Goodhart, Harden & New
Suite 757 – 315 W. Ponce de Leon Avenue
Decatur, GA 30033
(404) 884—8315


Approved as to form:

*[signature: Eric Roach by John D. Cooley w/ given permission]*

Eric Roach, Counsel for Chapter 13 Trustee
Georgia State Bar No. 143194
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

JDC/aph/14714/10831/W168105

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 14-22333-jrs
Paul David Green                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-8          User: nicholson              Page 1 of 1             Date Rcvd: Dec 24, 2014
                              Form ID: pdf401              Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 26, 2014.
db            +Paul David Green,    1653 Pat Colwell Rd,    Blairsville, GA 30512-0266
aty           +Carson R. Walden,    Walden, Goodhart, Harden & New,    Suite 757,    315 W. Ponce de Leon Avenue,
                Decatur, GA 30030-2497
aty           +Joseph D Cooley,    Hulsey, Oliver, Mahar, LLP,    200 E.E. Butler Parkway,    P. O. Box 1457,
                Gainesville, GA 30503-1457
tr            +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,
                Atlanta, GA 30303-1286
              +Josepht D Cooley,    Hulsey, Oliver & Mahar, LLP,    200 E E Butler Parkway,
                Gainesville, GA 30501-3654
18513642       Commercial Credit Plan, Inc.,    901 E. Morris Street,    Dalton, GA 30721-3504
18513654      +Liberty Baptist Church,    c/o Joseph D. Cooley, III,    P.O. Box 1457,
                Gainesville, GA 30503-1457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2014                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2014 at the address(es) listed below:
              Carson R. Walden    on behalf of Debtor Paul David Green cwalden@wghnlaw.com,   info@wghnlaw.com
              Nancy J. Whaley    ecf@njwtrustee.com
                                                                                             TOTAL: 2