## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| **IN RE: PAUL DAVID GREEN,** | ) | **CHAPTER 13 CASE** |
| **Debtor.** | ) | **NO.: 14-22333-jrs** |

### WITHDRAWAL OF OBJECTION
### BY LIBERTY BAPTIST CHURCH TO CONFIRMATION OF PLAN

Comes now, Liberty Baptist Church ("LBC"), by and through its counsel of record, having filed an Objection to Confirmation of the Debtor's Plan on November 5, 2014, hereby withdraws such objection based upon the filing by Debtor of his Amended Plan, filed by Debtor on January 14, 2015.

Respectfully submitted,

HULSEY, OLIVER & MAHAR, LLP

By: /s/ Joseph D. Cooley, III
    Joseph D. Cooley, III
    Ga. Bar No. 184910
    Attorney for Liberty Baptist Church

JDC/lgb/14714/10831/W168668

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

IN RE: PAUL DAVID GREEN,                )        **CHAPTER 13 CASE**

                **Debtor.**                )        **NO.: 14-22333-jrs**


## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the within and foregoing **Withdrawal of Objection of Liberty Baptist Church to Confirmation of Plan** by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Paul David Green                          Carson R. Walden
1653 Pat Colwell Rd.                      Walden, Goodhart, Harden & New
Blairsville, GA 30512                     Suite 757
                                          315 W. Ponce de Leon Avenue
                                          Decatur, GA 30033

Nancy J. Whaley
Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303

This _15_ day of January, 2015.

                        **HULSEY, OLIVER & MAHAR, LLP**

                        By:

                        Joseph D. Cooley, III
                        GA State Bar Number 184910
                        **Attorneys for Liberty Baptist Church**

P. O. Box 1457
Gainesville, GA 30503
770 532-6312

JDC/lgb/14714/10831/W168668