UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Gainesville Division

In Re: Debtor(s)
**Paul David Green**
1653 Pat Colwell Rd
Blairsville, GA 30512

Case No.: **14−22333−jrs**
Chapter: **13**

xxx−xx−3450

NOTICE TO CHAPTER 13 DEBTOR
REGARDING DOMESTIC SUPPORT OBLIGATIONS

    If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a *Debtor's 11 U.S.C. § 1328 certificate*. The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

    This Notice will be served upon Debtor and counsel for Debtor.

April 13, 2015
Date

_____
M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form 427