IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: PAUL DAVID GREEN, | ) | CHAPTER 13 CASE |
| | ) | |
| Debtor. | ) | NO.: 14-22333-jrs |

| | |
|---|---|
| LIBERTY BAPTIST CHURCH, | ) |
| | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| PAUL DAVID GREEN and | ) |
| NANCY J. WHALEY, Chapter 13 Trustee, | ) |
| | ) |
| Debtor, Respondents. | ) |

## WITHDRAWAL OF MOTION
## FOR RELIEF FROM AUTOMATIC STAY

Comes now, Liberty Baptist Church, Movant on a Motion for Relief from the Automatic Stay filed December 17, 2014, and hereby withdraws the Motion.

Respectfully submitted,

HULSEY, OLIVER & MAHAR, LLP

By: /s/ Joseph D. Cooley, III
    Joseph D. Cooley, III
    Ga. Bar No. 184910

Attorney for Liberty Baptist Church

JDC/lgb/14714/10831/W173253

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: PAUL DAVID GREEN, | ) | CHAPTER 13 CASE |
| | ) | |
| Debtor. | ) | NO.: 14-22333-jrs |

| | |
|---|---|
| LIBERTY BAPTIST CHURCH, | ) |
| | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| PAUL DAVID GREEN and | ) |
| NANCY J. WHALEY, Chapter 13 Trustee, | ) |
| | ) |
| Debtor, Respondents. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY** by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Paul David Green
1653 Pat Colwell Rd.
Blairsville, GA 30512

Carson R. Walden
Walden, Goodhart, Harden & New
Suite 757
315 W. Ponce de Leon Avenue
Decatur, GA 30033

Nancy J. Whaley
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

This **24** day of April, 2015.

                                                      **HULSEY, OLIVER & MAHAR, LLP**

                                                      By: _____
                                                         Joseph D. Cooley, III
                                                         GA State Bar Number 184910

                                                      Attorneys for Liberty Baptist Church

P. O. Box 1457
Gainesville, GA 30503
770 532-6312

JDC/lgb/14714/10831/W173253