UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| PAUL DAVID GREEN ) | CASE NUMBER G14-22333-JRS |
| ) | |
| DEBTOR ) | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 8/23/2016 the Trustee received a total of $9,119.00. The Trustee's records indicate the amount delinquent is $2,709.00. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 26th day of August, 2016.

/s/_____
Maria C. Joyner
Attorney for the Chapter 13 Trustee
State Bar No. 118350
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## EXHIBIT "A"

CASE NO:   G14-22333-JRS                                            08/23/2016
PAUL DAVID GREEN

### RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| July 27, 2016 | EMPH | 81356 | $375.00 |
| June 27, 2016 | EMPH | 81075 | $375.00 |
| May 31, 2016 | EMPH | 80696 | $375.00 |
| May 03, 2016 | EMPH | 80417 | $375.00 |
| April 04, 2016 | EMPH | 80148 | $375.00 |
| February 22, 2016 | EMPH | 79672 | $375.00 |
| January 26, 2016 | EMPH | 79397 | $375.00 |
| January 07, 2016 | EMPH | 79157 | $375.00 |
| December 01, 2015 | EMPH | 78837 | $750.00 |
| October 15, 2015 | EMPH | 78314 | $375.00 |
| August 27, 2015 | EMPH | 077834 | $375.00 |
| | | **Receipt Total:** | **$4,500.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| PAUL DAVID GREEN | ) CASE NUMBER G14-22333-JRS |
| | ) |
| DEBTOR | ) |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **September 22, 2016** at **9:30 AM in Room 103, 121 Spring Street, SE, Gainesville, GA. 30501**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 26th day of August, 2016.

/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201

# CERTIFICATE OF SERVICE

Case No:  G14-22333-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
PAUL DAVID GREEN
1653 PAT COLWELL RD
BLAIRSVILLE, GA  30512


**Attorney for the Debtor(s):**
WALDEN, GOODHART, HARDEN & NEW, LLC
315 W. PONCE DE LEON AVENUE
SUITE 757
DECATUR, GA  30030



This the 26th day of August, 2016.


/s/_____
   Maria C. Joyner
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201